UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| IN RE: MONITRONICS INTERNATIONAL, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION | No. 1:13-md-02493-JPB-JES |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT**

Plaintiffs respectfully move this Court under Federal Rule of Civil Procedure 23(e) for an order granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement.  The reasons for granting this motion are more fully explained in the supporting memorandum and attached exhibits:

Exhibit A.  Declaration of Jonathan R. Marshall in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement.

Exhibit B.  Class Action Settlement Agreement.

Exhibit C.  Declaration of Carla Peak in Support of Notice Plan.

Respectfully Submitted,

BAILEY & GLASSER, LLP

By:  /s/ Jonathan R. Marshall
    Jonathan R. Marshall
    209 Capitol Street
    Charleston, West Virginia  25301
    Telephone:  (304) 345-6555
    Facsimile:  (304) 342-1110
    Email: jmarshall@baileyglasser.com

*Liaison Counsel*

<div style="margin-left: 3em;">

John W. Barrett
Ryan M. Donovan
BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, West Virginia  25301
Telephone:  (304) 345-6555
Facsimile:  (304) 342-1110
Email: jbarrett@baileyglasser.com
Email: rdonovan@baileyglasser.com

TERRELL MARSHALL LAW GROUP PLLC

By:  /s/ Beth E. Terrell
    Beth E. Terrell
    Mary B. Reiten
    936 North 34th Street, Suite 300
    Seattle, Washington  98103-8869
    Telephone:  (206) 816-6603
    Facsimile:  (206) 319-5450
    Email:  bterrell@terrellmarshall.com
    Email:  mreiten@terrellmarshall.com

*Co-Lead Counsel for Plaintiffs*

</div>

CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Liaison Counsel for Defendants*:

>Jeffrey A. Holmstrand
>GROVE HOLMSTRAND & DELK, PLLC
>44-1/2 15th Street
>Wheeling, West Virginia  26003
>Telephone:  (304) 905-1961
>Facsimile:  (304) 905-8628
>Email: jholmstrand@grovedelklaw.com

*Co-Lead Counsel for Defendant Monitronics, Inc.*:

>Jeffrey A. Holmstrand
>GROVE HOLMSTRAND & DELK, PLLC
>44-1/2 15th Street
>Wheeling, West Virginia  26003
>Telephone:  (304) 905-1961
>Facsimile:  (304) 905-8628
>Email: jholmstrand@grovedelklaw.com

>Meryl C. Maneker
>WILSON TURNER KOSMO LLP
>550 West C Street, Suite 1050
>San Diego, California  92101
>Telephone:  (619) 236-9600
>Facsimile:  (619) 236-9669
>Email: mmaneker@wilsonturnerkosmo.com

I further certify that I caused the foregoing to be mailed by the U.S. Postal Service, from Charleston, West Virginia, postage prepaid, to the following:

>Craig Cunningham
>5543 Edmondson Pike, Suite 248
>Nashville, Tennessee  37211

- 2 -

    Bryan Anthony Reo
    7143 Rippling Brook Lane
    Mentor, Ohio 44060

| | |
|---|---|
| Dated: August 31, 2017. | By:  /s/ Jonathan R. Marshall<br>Jonathan R. Marshall<br>209 Capitol Street<br>Charleston, West Virginia 25301<br>Telephone: (304) 345-6555<br>Facsimile: (304) 342-1110<br>Email: jmarshall@baileyglasser.com |