UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| IN RE: MONITRONICS INTERNATIONAL, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION | No. 1:13-md-02493-JPB-JES |
| THIS DOCUMENT RELATES TO:<br><br>    ALL CASES | |

**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS**

    Plaintiffs Diana Mey, Phillip Charvat, Jason Bennett, Scott Dolemba, Janet and Michael Hodgin move the Court for an order granting an award of attorneys' fees of $9,333,333, litigation costs of $602,909.33, and service awards of $50,000 each to Plaintiffs Mey and Charvat; $6,012 to Plaintiff Bennett; and $3,500 to Plaintiffs Dolemba, and the Hodgins.

    In support of their requests, Plaintiffs refer to the Court to the accompanying Memorandum in Support, and supporting declarations. At the time this motion is ripe for decision, the Court will have held a hearing on final approval of the Settlement Agreement, the award of attorneys' fees and costs, and Plaintiffs' service awards and will have provided an opportunity for those with objections, if any, to be heard.

Dated: January 18, 2018

                                                    Respectfully Submitted,

                                                    BAILEY & GLASSER LLP

                                                    By: /s/ Jonathan R. Marshall
                                                           Jonathan R. Marshall
                                                           209 Capitol Street
                                                          Charleston, West Virginia 25301
                                                          (304) 345-6555
                                                          (304) 342-1110 (fax)
                                                          Email: jmarshall@baileyglasser.com

2

*Liaison Counsel*

 John W. Barrett
 Ryan M. Donovan
 BAILEY & GLASSER LLP
 209 Capitol Street
 Charleston, West Virginia 25301
 (304) 345-6555
 (304) 342-1110 (fax)
 Email: jbarrett@baileyglasser.com
 Email: rdonovan@baileyglasser.com

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Beth E. Terrell
 Beth E. Terrell
 Mary B. Reiten
 936 North 34th Street, Suite 300
 Seattle, Washington 98103-8869
 (206) 816-6603
 (206) 319-5450 (fax)
 Email: bterrell@terrellmarshall.com
 Email: mreiten@terrellmarshall.com

*Co-Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Liaison Counsel for Defendants*:

>Jeffrey A. Holmstrand
>GROVE HOLMSTRAND & DELK, PLLC
>44-1/2 15th Street
>Wheeling, West Virginia 26003
>(304) 905-1961
>(304) 905-8628 (fax)
>Email: jholmstrand@grovedelklaw.com

*Co-Lead Counsel for Defendant Monitronics, Inc.*:

>Jeffrey A. Holmstrand
>GROVE HOLMSTRAND & DELK, PLLC
>44-1/2 15th Street
>Wheeling, West Virginia 26003
>(304) 905-1961
>(304) 905-8628 (fax)
>Email: jholmstrand@grovedelklaw.com

>Meryl C. Maneker
>WILSON TURNER KOSMO LLP
>550 West C Street, Suite 1050
>San Diego, California 92101
>(619) 236-9600
>(619) 236-9669 (fax)
>Email: mmaneker@wilsonturnerkosmo.com

I further certify that I caused the foregoing to be mailed by the U.S. Postal Service, from Charleston, West Virginia, postage prepaid, to the following:

>Craig Cunningham
>5543 Edmondson Pike, Suite 248
>Nashville, Tennessee 37211

>Bryan Anthony Reo
>7143 Rippling Brook Lane
>Mentor, Ohio 44060

    Charles Rollman
    1310 Lyric Pt
    Colorado Springs, CO 80906

                                                                      By: /s/ Jonathan R. Marshall
                                                                            Jonathan R. Marshall
                                                                             209 Capitol Street
                                                                             Charleston, West Virginia 25301
                                                                             (304) 345-6555
                                                                             (304) 342-1110 (fax)
                                                                             Email: jmarshall@baileyglasser.com